JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 376 -- IN RE OIL SPILL BY THE "AMOCO CADIZ" OFF THE COAST OF FRANCE ON MARCH 16, 1978

| Date | Ref. | Pleading Description |
|---|---|---|
| 1/22/79 | 1 | MOTION/BRIEF, SCHEDULE OF ACTIONS, EXHIBITS 1 through 13, w/cert of service -- Amoco Transport Co., Amoco International Oil Co., Standard Oil Co. (Indiana) and Claude Phillips<br>SUGGESTED TRANSFEREE COURT: Northern District, Illinois<br>SUGGESTED TRANSFEREE JUDGE: Honorable Frank J. McGarr (cs) |
| 2/1/79 | | REQUEST FOR EXTENSION OF TIME -- Bugsier Reederei Und Bergungs A.G. GRANTED TO ALL PARTIES to and including March 1, 1979. Notified all parties. (ea) |
| 2/2/79 | 2 | RESPONSE -- Astilleros Espanoles, S.A. w/cert.of svc.(ea) |
| 2/6/79 | | APPEARANCES -- Frank Cicero, Esq. for Amoco Transport Co., et al.; Edwin Longcope, Esq. for The Republic of France, et al.; John E.Sprizzo,Esq. for Conseil General Des Cotes Du Nord, et al.; Frank H. Granito,Jr., Esq. for Bretagne-Angleterre-Irlande, S.A., et al.; R. Arthur Jett,Jr.,Esq. for Bugsier Reederei Und Bergungs A.G.; Richard G. Ashworth for Astilleros Espanoles, S.A.; Robert W. Johnson, Esq. for Yves-Maria Gac, et al.; Burlingham, Underwood & Lord for Petroleum Insurance Limited. (ea) |
| 2/9/79 | 3 | BRIEF -- Bretagne-Angleterre-Irlande,etal. w/cert. of svc. (ea) |
| 2/9/79 | | REQUEST FOR EXTENSION OF TIME for response due on 2/6/79 but mailed on 2/7/79 -- plaintiffs Bretagne-Angleterre-Irlande,S.A., et al. GRANTED (ea). |
| 2/20/79 | | HEARING ORDER -- Setting A-1 through A-6 for hearing on March 23, 1979 in N.D. California (cds) |
| 2/26/79 | | REQUEST FOR EXTENSION -- Bugsier Reederei Und Bergungs A.G. -- request for March 9 extension DENIED, will send in response as quickly as possible after March 1, 1979. (ea) |
| 3/1/79 | 4 | RESPONSE -- Conseil General des Cotes du Nord, et al. -- w/cert. of svc. (emh) |
| 3/1/79 | 5 | RESPONSE -- Republic of France, et al -- w/Exhibits A thru D and w/cert. of svc. (emh) |
| 3/5/79 | 6 | RESPONSE -- Bugsier Reederei Und Bergunds A.G. -- w/cert. of svc. (emh) |
| 3/9/79 | 7 | REPLY/BRIEF -- Amoco Transport Co., Amoco Inter'l Oil Co., Standard Oil Co. (Indiana), & Claude Philips -- w/Supplement list of actions, w/Exhibit A thru G and w/cert. of svc. (emh) |
| 3/16/79 | | HEARING APPEARANCES: FRANK CICERO, ESQ. FOR Amoco Transport Co., etc.; EDWIN LONGCOPE, ESQ. FOR Republic of France, et al.; R. ARTHUR JETT, JR., ESQ. FOR Bugsier Reederei Und Bergungs; and RICHARD ASHWORTH, ESQ. FOR Astilleros Espanoles, S.A. (cds) |
| 3/16/79 | | WAIVER OF ORAL ARGUMENT: Conseil General des Cotes du Nord et al. (cds) |

JPML FORM 1A - Continuation                                DOCKET ENTRIES -- p._____

DOCKET NO. 376 -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 3/16/79 | 8 | REQUEST TO ADJOURN HEARING -- Def. Astilleros Espanoles, S.A. -- Denied -- Notified involved counsel by phone |
| 3/19/79 | 9 | OPPOSITION TO ASTILLEROS REQUEST TO ADJOURN HEARING -- Pltf Counseil General des Cotes du Nord, et al. (cds) |
| 3/30/79 | 10 | LETTER suggesting continuation of litigation -- Amoco Transport Co., et al. -- dated 3/26/79 signed by Frank Cicero, Esq. (ea) |
| 4/3/79 | 11 | LETTER (suplement to hearing) -- Plaintiff Counseil General des Cotes du Nord, et al. -- dated 3/30/79, signed by John E. Sprizzo, Esq. (cds) |
| 4/16/79 | 12 | LETTER/RESPONSE -- Republic of France -- dated 4/11/79, signed by Edwin Longcope, Esq. (cds) |
| 4/23/79 | 13 | Letter-- Amoco Transport Co., Amoco International Oil Co., Standard Oil Co. (Indiana) and Claud Phillips by Frank Cicero, Kirkland and Ellis dated 4/19/79 (rew) |
| 4/24/79 | 14 | LETTER -- Conseil General des Cotes du Nord, et al., dated April 20, 1979 and signed by John E. Sprizzo (cds) |
| 5/7/79 | 15 | LETTER--Bugsier Reederei Und Bergungs, A.G.,--dated 5/3/79 signed by R. Arthur Jett, Jr., Esq. (ea) |
| 6/4/79 | | CONSENT OF TRANSFEREE DISTRICT -- Signed by Judge Parsons |
| 6/4/79 | | OPINION AND ORDER -- Transferring A-2 through A-6 pursuant to Section 1407 and assigning the actions to the N.D. Illinois before the Honorable Frank J. McGarr -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 6/25/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY. B-7 In the Matter of the Complaint of Bugsier Reederei Und Bergungs, A.G., etc. Notified involved counsel and judges. (ea) |
| 7/11/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. (B-7) In the Matter of Complaint of Bugsier Reederei Und Bergungs, A.G. As Owner of the Tug Pacific for Exoneration from or Limitation of Liability. ~~Notified involved clerks and judges. (ea)~~ E.D. Va., C.A. No. 79-576-N. Notified involved clerks and judges. (ea) |
| 84/11/13 | 16 | MOTION/BRIEF TO TRANFER TAG-ALONG ACTION -- Filed by Amoco Int'l Oil Co., Standard Oil Co., and Amoco Transport Co. (Amoco Parties) for transfer of C-10 American Bureau of Shipping v. Amoco Int'l Oil Co., et al., S.D.N.Y., C.A. No. 84-CIV-5809 -- w/cert. of svc. Notified involved counsel. (ds) |
| 84/11/26 | | APPEARANCE -- MICHAEL J. MURPHY, ESQ. for American Bureau of Shipping (ds) |
| 84/11/28 | 17 | RESPONSE/MEMORANDUM -- American Bureau of Shipping w/Exhibits A thru F and cert. of svc. (ds) |

JPML FORM 1A    p.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 376 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/11/30 | | APPEARANCES -- CHRISTOPHER B. KENDE, ESQ. for The Republic of France and ROGER L. TAYLOR, ESQ. for Amoco International Oil Co., Standard Oil Co. and Amoco Transport Co. (ds) |
| 84/12/03 | 18 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Amoco parties -- GRANTED TO AND INCLUDING DECEMBER 10, 1984 (notified involved party) (cds) |
| 84/12/11 | 19 | REPLY MEMORANDUM -- Amoco Parties -- w/cert. of service (cds) |
| 84/12/14 | | HEARING ORDER -- Setting motion for transfer of C-10 for Panel Hearing in New Orleans, Louisiana on January 24, 1985 (rh) |
| 85/01/22 | | HEARING APPEARANCE: FRANK CICERO, ESQ. for Amoco International Oil Co., Amoco Transport Co., Standard Oil Co.; MICHAEL J. MURPHY, ESQ. for American Bureau of Shipping (cds) |
| 85/01/22 | | WAIVERS OF ORAL ARGUMENT: Republic of France; Conseil General des Cotes du Nord, et al. (cds) |
| 85/02/07 | | TRANSFER ORDER -- transferring C-10 American Bureau of Shipping v. Amoco International Oil Co., et al., S.D. New York, C.A. No. 84-Civ-5809(MJL) to the N.D. Illinois pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients (rh) |
| 88/02/09 | 20 | ORDER -- Filed in N.D. Illinois re: reassigning Litigation -- signed by Judge John F. Grady, Chief Judge (rh) |
| 88/02/09 | | ORDER REASSIGNING LITIGATION TO THE HON. CHARLES R. NORGLE, SR. -- Notified involved counsel, judges and clerk (rh) |
| 90/08/13 | 21 | MOTION TO REMAND, BRIEF, AFFIDAVIT, APPENDICES A - J -- filed by plaintiff in C-10 American Bureau of Shipping v. Amoco International Oil Company, et al., N.D. Illinois, C.A. No. 85-C-2040 (S.D. New York, C.A. No. 84-CIV-5809) -- w/cert. of service (cdm) |
| 90/08/22 | | HEARING ORDER -- setting motion of plaintiff American Bureau of Shipping for remand of C-10 for Panel hearing to be held in San Francisco, California on October 5, 1990 (cdm) |
| 90/09/04 | 22 | RESPONSE -- Defendants Amoco Parties -- w/cert of svc. (sg) |
| 90/09/13 | 23 | REPLY (to pldg. 22) -- pltf. American Bureau of Shipping -- w/cert. of service (cds) |

376

| | | |
|---|---|---|
| 90/09/19 | 24 | REQUEST TO FILE AMENDED RESPONSE -- The Amoco Parties (OK to Accept Amended response) -- w/cert. of svc. (received 9/19/90) (rh) |
| 90/09/19 | 25 | AMENDEND RESPONSE (to pldg. #22) -- The Amoco Parties -- w/cert. of svc. (received 9/19/90) (rh) |
| 90/10/05 | | HEARING APPEARANCES FOR 10/05/90 HEARING, SAN FRANCISCO, CALIFORNIA -- MICHAEL J. MURPHY, ESQ. for American Bureau of Shipping; ROGER L. TAYLOR, ESQ. for Standard Oil Company (now Amoco Corporation), Amoco International Oil Company (now Amoco Production Company) and Amoco Transport Company  (sg) |
| 90/10/05 | | WAIVER OF ORAL ARGUMENT FOR 10/05/90 HEARING -- Republic of France; Bugsier Reederei Und Bergungs, A.G.; The Cotes Du Nord Parties  (sg) |
| 90/10/19 | | ORDER DENYING REMAND -- of C-10 American Bureau of Shipping v. Amoco Int'l oil Co., et al., N.D. Ill., C.A. No. 85C2040 (S.D.N.Y., C.A. No. 84-Civ-5809) -- notified involved judges, clerks, counsel and misc. recipients.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 376 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE OIL SPILL BY THE "AMOCO CADIZ" OFF THE COAST OF FRANCE ON MARCH 16, 1978

## SUMMARY OF LITIGATION

Hearing Dates: March 23, 1979

| Orders | | | Transferee | | |
|---|---|---|---|---|---|
| Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| June 4, 1979 | PC | 471 F.Supp. 473 | N.D. Ill. | ~~Frank J. McGarr~~ Hon. Charles R. Norgle, Sr. | |

Special Transferee Information

DATE CLOSED: 6/27/88

| JPML FORM 1 | | LISTING OF INVOLVED ACTIONS | | | | | N.D.Ill J. Norgle | |
|---|---|---|---|---|---|---|---|---|

DOCKET NO. 376 -- IN RE OIL SPILL BY THE "AMOCO CADIZ" OFF THE COAST OF FRANCE ON MARCH 16, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | In the Matter of the Complaint of Amoco Transport Company, Standard Oil Company (Indiana), Amoco International Oil Company and Claude Phillips, for Exoneration from or Limitation of Liability | N.D.Ill. McGarr | 78C 3693 | | | 6/11/88D | |
| A-2 | Republic of France v. Amoco International Oil Company and Claude Phillips | S.D.N.Y. Motely | 78 Civ 4313 | | 79C2774 | 6/27/88D | |
| A-3 | Conseil General Des Cotes Du Nord, et al. v. Standard Oil Company (Indiana), et al. | S.D.N.Y. Motely | 78 Civ 4354 | | 79C2775 | 6/27/88D | |
| A-4 | Bretagne-Angleterre-Irlande, S.A., et al. v. Astilleros Espanoles, S.A. | S.D.N.Y. Motely | 78 Civ 4995 | | 79C2776 | 6/27/88D | |
| A-5 | Conseil General Des Cotes Du Nord, et al. v. Bugsier Reederei Und Bergungs, A.G. | E.D.Va. | 79-51N ~~78-177-DD~~ | | 79C2632 | 6/27/88D | |
| A-6 | Amoco Transport Company and Amoco International Oil Company v. Bugsier Reederei Und Bergungs, A.G. | E.D.Va. | 79-6-N | | 79C2631 | 6/27/88D | |

Spilly 1979 — 5 TR; 1xv2 = 6 Pending

DOCKET NO. __376__ -- IN RE OIL SPILL BY THE AMOCO CADIZ OFF THE COAST OF FRANCE ON MARCH 16, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-7 | In the Matter of the Complaint of Bugsier Reederei Und Bergungs, A.G. As Owner of the Tug Pacific, For Exoneration from or Limitation of Liability   6/25/79 | E.D.Va. | 79-576-N | 7/11/79 | 79C3036 | 6/11/88D | |
| XYZ-8 | Conseil General Des Cotes Du Nord, etc., et al. v. Std. Oil Co. (Indiana), et al. | N.D.Ill McGarr | 79-3761 | | | 6/27/88D | not idem cons w. B-7 |
| XYZ-9 | Republic of France Dept. of Finisters et al. v. Standard Oil Co. (Indiana) | N.D.Ill | 79C3548 | | | 6/27/88D | |
| | July 1980 - 6 TR; 3 XYZ; 9 Pdg.<br>July 1982 - 1 dec/ 8 pdg.<br>July 1983 - same<br>July 1984 - same | | | | | | |
| C-10 | American Bureau of Shipping v. Amoco Int'l Oil Co., et al. | S.D.N.Y. Sweet | 84-CIV-5809 | 2/7/85 | 85C2040 | 6/27/88D<br>6/27/88D | Mot. to Remand Denied 10/19/90 |
| | July 1985 - 1 TR / 9 Pdg.<br>July 1986 - (XYZ-8 not dis as previously noted)/10 Pending<br>July 1987 - Same<br>July 1988 - Same<br>July 1989 - Same<br>July 1990 - ~~Same~~ 10 Dis/Litigation Closed<br>July 1991 - 1 case reopened (C-10)<br>July 1992 - Litigation Closed (per telecon L.C.) JJ Nagle | | | | | | |

JPML Form 4

*Use list that came w/ pldg #21 (attached)*

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 376 -- In re Oil Spill by the "Amoco Cadiz" off the Coast of France on March 16, 1978

---

AMOCO TRANSPORT COMPANY
STANDARD OIL COMPANY (INDIANA)
AMOCO INTERNATIONAL OIL COMPANY
CLAUDE PHILLIPS
Roger L. Taylor, Esquire
Kirkland & Ellis
200 E. Randolph Drive
Chicago, Ill. 60601

THE REPUBLIC OF FRANCE, ET AL. (A-2)
Christopher B. Kende, Esquire
Holtzmann, Wise & Shepard
745 Fifth Avenue
New York, New York 10151

CONSEIL GENERAL DES COTES DU NORD, ET AL. (A-3 and A-5)
T. Barry Kingham, Esq.
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, New York 10178

BRETAGNE-ANGLETERRE-IRLANDE, S.A., ET AL. (A-4)
Frank H. Granito, Jr.
Speiser & Krause, P.C.
200 Park Ave.
New York, New York 10017

BUGSIER REEDEREI UND BERGUNGS A.G.
Michael A. Snyder, Esq.
Snyder & Gerard
Suite 3712
Three First National Plaza
Chicago, Illinois 60602

ASTILLEROS ESPANOLES, S.A.
Richard G. Ashworth, Esq.
Haight, Gardner, Poor & Havens
One State Street Plaza
New York, New York 10004

YVES-MARIA GAC, ET AL.
Gerald C. Sterns, Esq.
490 Pacific Avenue
San Francisco, CA 94133

PETROLEUM INSURANCE LIMITED
Burlingham, Underwood & Lord
One Battery Park Plaza
New York, New York 10004

Harold L. Britton, Esq.
Jenner & Block
1 IBM Plaza
Chicago, Illinois

John J. Knnelly, Esq.
Suite 1449 111 W. Washington St.
Chicago, Illinois 60602

Douglas A. Jacobsen, Esquire
Robert S. Burrick, Esquire
Bigham, Englar, Jones & Houston
14 Wall Street
New York, New York 10005

AMERICAN BUREAU OF SHIPPING (C-10)
Michael J. Murphy, Esquire
Lord, Day & Lord, Barrett Smith
1675 Broadway
New York, New York 10019

SERVICE LIST
<u>MDL DOCKET NO. 376</u>

| | |
|---|---|
| John J. Kennelly, Esq.<br>111 West Washington Street<br>Suite 1449<br>Chicago, Illinois  60602<br>  Attorneys for Hotel<br>  Claimants | Joseph C. Smith, Esq.<br>Burlingham, Underwood & Lord<br>One Battery Park Place<br>New York, New York  10004<br>  Attorneys for Petroleum<br>  Insurance Limited (Shell) |
| Charles F. Krause, Esq.<br>Speiser Krause & Madole<br>9846 Lorene<br>San Antonio, Texas 78216<br>  Attorneys for Hotel<br>  Claimants | Jeffrey D. Colman, Esq.<br>Jenner & Block<br>One IBM Plaza<br>Suite 4400<br>Chicago, Illinois  60602<br>  Attorneys for Petroleum<br>  Insurance Limited (Shell) |
| T. Barry Kingham, Esq.<br>Curtis, Mallet-Prevost, Colt<br> & Mosle<br>101 Park Avenue<br>New York, New York  10178-0061<br>  Attorneys for Cotes-du-Nord<br>  Parties | Joseph Keig, Jr., Esq.<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, Illinois  60606-5096<br>  Attorneys for Astilleros<br>  Espanoles, S.A. |
| Warren J. Marwedel, Esq.<br>Keck, Mahin & Cate<br>8300 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois  60606-6589<br>  Attorneys for Cotes-du-Nord<br>  Parties | Richard L. Jarashow, Esq.<br>Haight, Gardner, Poor & Havens<br>195 Broadway<br>New York, New York  10007<br>  Attorneys for Astilleros<br>  Espanoles, S.A. |
| Christopher B. Kende, Esq.<br>Holtzmann Wise & Shepard<br>745 Fifth Avenue<br>New York, New York  10151<br>  Attorneys for<br>  Republic of France | Michael A. Snyder, Esq.<br>Michael A. Snyder & Assoc.<br>850 West Jackson Boulevard<br>Suite 310<br>Chicago, Illinois  60607-3011<br>  Attorneys for Bugsier<br>  Reederei und Bergungs, A.G. |
| Benjamin E. Haller, Esq.<br>Hill, Betts & Nash<br>One World Trade Center<br>Suite 5215<br>New York, New York  10048<br>  Attorneys for Republic of<br>  France | Healy & Baillie<br>29 Broadway<br>New York, New York  10006<br>  Attorneys for Bugsier<br>  Reederei und Bergungs, A.G. |

Gerald G. Saltarelli, Esq.
Robert N. Hermes, Esq.
Butler, Rubin, Newcomer,
Saltarelli, Boyd & Krasnow
Three First National Plaza
Suite 1505
Chicago, Illinois  60602
  Attorneys for American
  Bureau of Shipping

Susan P. Malone, Esq.
Twenty North Wacker Drive
Suite 1900
Chicago, Illinois  60606
  Attorney for Brittany
  Ferries

Michael J. Murphy
Monica A. Derham
Lord Day & Lord, Barrett Smith
1675 Broadway
New York, New York  10019-5874
(212) 969-6000

Robert N. Hermes
Butler, Rubin, Newcomer
 Saltarelli, Boyd & Krasnow
Suite 1505
Three First National Plaza
Chicago, Illinois  60602
(312) 444-9660
  Attorneys for American
  Bureau of Shipping

Elizabeth W. Walker, Esq.
Sterns, Smith & Walker
280 Utah Street
San Francisco, CA  94103
  Attorneys for S.A. Les
  Grand Viviers de Porsguen;
  Yves-Marie Gac (d/b/a Sport
  Mer)

Paul McCambridge, Esq.
Keck, Mahin & Cate
8300 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606-6589
  Attorneys for S.A. Les
  Grand Viviers de Porsguen;
  Yves-Marie Gac (d/b/a Sport
  Mer)

Frank Cicero, Jr., Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601
  Attorneys for The Amoco
  Parties

8/90

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 376 -- IN RE OIL SPILL BY THE "AMOCO CADIZ" OFF THE COAST OF FRANCE ON MARCH 16, 1978

| Name of Party | Named as Party in Following Actions |
|---|---|
| AMOCO INTERNATIONAL OIL COMPANY | A-2  A-3  B-7, C-10 |
| CLAUDE PHILLIPS | A-2  A-3  B-7 |
| STANDARD OIL COMPANY (INDIANA) | A-3  B-7, C-10 |
| ROYAL DUTCH SHELL, LTD. | A-3  B-7 |
| SHELL, LTD. | A-3  B-7 |
| SHELL INTERNATIONAL PETROLEUM COMPANY | A-3  B-7 |
| SHELL NEDERLAND | A-3  B-7 |
| SHELL U.K. OIL | A-3  B-7 |
| ASTILLEROS ESPANOLES, S.A. | A-3  A-4  B-7 |
| BUGSIER REEDAREI UND BERGUNGS A.G. | A-3  A-5  A-6  B-7 |
| AMOCO TRANSPORT COMPANY | C-10 |